No. 23-12308

# In the United States Court of Appeals for the Eleventh Circuit

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.

*Plaintiffs-Appellees*,

v.

CORD BYRD, et al.

*Defendants-Appellants*

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-215 (Walker, C.J.)

**NAACP Plaintiffs-Appellees' Response to**
**Defendants-Appellants' Civil Appeal Statement**

| | | |
|---|---|---|
| Frederick S. Wermuth | Abha Khanna | Lalitha Madduri |
| KING, BLACKWELL, | Makeba Rutahindurwa | Melinda Johnson |
| ZEHNDER & WERMUTH, P.A. | ELIAS LAW GROUP LLP | Renata O'Donnell |
| P.O. Box 1631 | 1700 Seventh Ave, Suite 2100 | ELIAS LAW GROUP LLP |
| Orlando, Florida 32802-1631 | Seattle, Washington 98101 | 250 Massachusetts Ave NW, Suite 400 |
| | | Washington, DC 20001 |

*Counsel for Plaintiffs-Appellees in No. 23-12308*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellees certify that Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, and Florida Alliance for Retired Americans each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock. The remaining Plaintiffs-Appellees are individual persons.

/s/ *Frederick S. Wermuth*

*Counsel to Plaintiffs-Appellees in No. 23-12308*

# RESPONSE TO CIVIL APPEAL STATEMENT

Plaintiffs-Appellees file this response to Defendants-Appellants' Civil Appeal Statement to correct some of the attorney contact information provided in Attachment A to the Statement. The correct contact information is as follows:

- Abha Khanna's mailing address is 1700 Seventh Ave, Suite 2100 Seattle, Washington, 98101.

- Abha Khanna's phone number is (206) 656-0177.

- Makeba Rutahindurwa's phone number is (202) 968-4599.

- Melinda Johnson's phone number is (202) 968-4674.

- Renata O'Donnell's phone number is (202) 498-8556.

- Frederick Wermuth's mailing address is P.O. Box 1631, Orlando, Florida 32802-1631.

Dated: August 4, 2023

Abha Khanna
Makeba Rutahindurwa
**ELLIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law
mrutahindurwa@elias.law

Lalitha D. Madduri
Melinda Johnson
Renata O'Donnell

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

1

| | |
|---|---|
| **ELLIAS LAW GROUP LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>lmadduri@elias.law<br>mjohnson@elias.law<br>rodonnell@elias.law | *Counsel for Plaintiffs-Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez* |

*No. 23-12308, NAACP v. Byrd*

## CERTIFICATE OF COMPLIANCE

This response complies with Fed. R. App. P. 27(d) because it contains 88 words, excluding the parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman.

/s/ *Frederick S. Wermuth*

## CERTIFICATE OF SERVICE

This response has been filed by CM/ECF, and served via CM/ECF on all counsel of record.

/s/ *Frederick S. Wermuth*