No. 23-12308

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida State Conference of Branches and Youth Units of the NAACP et al.*,
Plaintiffs-Appellees,

v.

*Cord Byrd et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-215 (Walker, C.J.)

## MOTION TO EXPEDITE

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690
*Lead Counsel for Defendant-Appellant
Secretary of State Byrd*

Henry C. Whitaker
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
*Lead Counsel for Defendant-Appellant
Attorney General Moody*

*Florida State Conference of Branches and Youth Units of the NAACP et al. v. Cord Byrd et al.,*
23-12308

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case:

1. Adkins, Janet, *Defendant*

2. Alianza Center, *Plaintiff*

3. Alianza for Progress, *Plaintiff*

4. Andersen, Mark, *Defendant*

5. Anderson, Chris, *Defendant*

6. Anderson, Shirley, *Defendant*

7. Arnold, Melissa, *Defendant*

8. Arrington, Mary, *Defendant*

9. Artasanchez, Santiago, *Former Plaintiff*

10. Babis, Olivia, *Declarant for Plaintiffs*

11. Baird, Maureen, *Defendant*

12. Bardos, Andy, *Counsel for Defendants*

13. Barton, Kim, *Defendant*

14. Beato, Michael, *Counsel for Defendant*

15. Bell, Daniel, *Counsel for Defendant*

16. Benda, Kyle, *Counsel for Defendant*

17. Bennett, Michael, *Defendant*

18. Blazier, Melissa, *Defendant*

19. Bledsoe, William, *Counsel for Defendant*

20. Bobanic, Tim, *Defendant*

21. Boltrek, William, III, *Counsel for Defendant*s

22. Brown, Tomi, *Defendant*

23. Byrd, Cord, *Defendant*

24. Cannon, Starlet, *Defendant*

25. Chambless, Chris, *Defendant*

26. Chason, Sharon, *Defendant*

27. Conyers, Grant, *Defendant*

28. Corley, Brian, *Defendant*

29. Cowles, Bill, *Defendant*

30. Darlington, Andrew, *Declarant for Defendants*

31. Davis, Ashley, *Counsel for Defendant,*

32. Davis, Vicky, *Defendant*

33. Disability Rights Florida, *Plaintiff*

34. Doe, A, *Former Plaintiff*

35. Doe, B, *Former Plaintiff*

36. Doyle, Tommy, *Defendant*

37. Driggers, Heath, *Defendant*

38. Dunaway, Carol, *Defendant*

39. Earley, Mark, *Defendant*

40. Edwards, Jennifer, *Defendant*

41. Edwards, Lori, *Defendant*

42. Equal Ground Education Fund, *Former Plaintiff*

43. Erdelyi, Susan, *Counsel for Defendants*

44. Farnam, Aletris, *Defendant*

45. Feiser, Craig, *Counsel for Defendants*

46. Florez, Johana, *Declarant for Plaintiffs*

47. Florida Alliance for Retired Americans, *Plaintiff*

48. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

49. Glickman, Jessica, *Counsel for Defendant*

50. Griffin, Joyce, *Defendant*

51. Guzzo, Sophia, *Counsel for Defendant*

52. Hankins, Christi, *Counsel for Defendant*

53. Hanlon, John, *Defendant*

54. Hart, Travis, *Defendant*

55. Hays, Alan, *Defendant*

56. Healy, Karen, *Defendant*

57. Herrera-Lucha, Veronica, *Former Plaintiff*

58. Herron, Mark, *Counsel for Defendant*

59. Hispanic Federation, *Former Plaintiff*

60. Hogan, Mike, *Defendant*

61. Hoots, Brenda, *Defendant*

62. Hutto, Laura, *Defendant*

63. Jarone, Joseph, *Counsel for Defendant*

64. Jazil, Mohammad, *Counsel for Defendant*

65. Johnson, Diana, *Counsel for Defendant*

66. Johnson, Melinda, *Counsel for Plaintiffs*

67. Jonas, Sarah, *Counsel for Defendant*

68. Jones, Tammy, *Defendant*

69. Joshi, Raghav Vikas, *Declarant for Plaintiffs*

70. Kahn, Jared, *Counsel for Defendant*

71. Keen, William, *Defendant*

72. Khanna, Abha, *Counsel for Plaintiffs*

73. Kinsey, Jennifer, *Defendant*

74. Klitsberg, Nathaniel, *Counsel for Defendant*

75. Knight, Shirley, *Defendant*

76. Latimer, Craig, *Defendant*

77. Lavia, John, III, *Counsel for Defendants*

78. Lenhart, Kaiti, *Defendant*

79. Lewis, Lisa, *Defendant*

80. Link, Wendy, *Defendant*

81. Lux, Paul, *Defendant*

82. Madduri, Lalitha, *Counsel for Plaintiffs*

83. Marcus, Julie, *Defendant*

84. Mari, Frank, *Counsel for Defendants*

85. Markarian, David, *Counsel for Defendant*

86. Martinez, Norka, *Former Plaintiff*

87. McVay, Bradley R., *Counsel for Defendant*

88. Meadows, Therisa, *Defendant*

89. Messer, Ryan, *Defendant*

90. Milligan, Michelle, *Defendant*

91. Milton, Christopher, *Defendant*

92. Moody, Ashley, *Defendant*

93. Morgan, Joseph, *Defendant*

94. Morse, Stephanie, *Counsel for Defendant*

95. Negley, Mark, *Defendant*

96. Nordlund, Jared, *Declarant for Plaintiffs*

97. Nweze, Adora Obi, *Declarant for Plaintiffs*

98. O'Donnell, Renata, *Counsel for Plaintiffs*

99. Oakes, Vicky, *Defendant*

100. Osborne, Deborah, *Defendant*

*Florida State Conference of Branches and Youth Units of the NAACP et al. v. Cord Byrd et al.,*
23-12308

101. Overturf, Charles, *Defendant*

102. Perez, Devona, *Counsel for Defendant*

103. Poder Latinx, *Former Plaintiff*

104. Pratt, Joshua, *Counsel for Defendant*

105. Riley, Heather, *Defendant*

106. Rudd, Carol, *Defendant*

107. Rutahindurwa, Makeba, *Counsel for Plaintiffs*

108. Sanchez, Connie, *Defendant*

109. Sanchez, Esperanza, *Former Plaintiff*

110. Scott, Dale, *Counsel for Defendant*

111. Scott, Joe, *Defendant*

112. Seyfang, Amanda, *Defendant*

113. Shannin, Nicholas, *Counsel for Defendant*

114. Shaud, Matthew, *Counsel for Defendant*

115. Sjostrom, Noah, *Counsel for Defendant*

116. Slater, Cynthia, *Declarant for Plaintiffs*

117. Smith, Diane, *Defendant*

118. Southerland, Dana, *Defendant*

119. Stafford, David, *Defendant*

120. Stewart, Gregory, *Counsel for Defendant*

121. Swain, Robert, *Counsel for Defendant*

122. Swan, Leslie, *Defendant*

123. Todd, Stephen, *Counsel for Defendant*

124. Turner, Ron, *Defendant*

125. UnidosUS, *Plaintiff*

126. Valdes, Michael, *Counsel for Defendant*

127. Valenti, Leah, *Defendant*

128. Van De Bogart, Joseph, *Counsel for Defendant*

129. Vilar, Marcos, *Declarant for Plaintiffs*

130. Villane, Tappie, *Defendant*

131. Voters of Tomorrow Action, Inc., *Plaintiff*

132. Walker, Gertrude, *Defendant*

133. Walker, Mark E., *U.S. District Court Judge*

134. Wermuth, Frederick, *Counsel for Plaintiffs*

135. Whitaker, Henry, *Counsel for Defendant*

136. White, Christina, *Defendant*

137. Wilcox, Wesley, *Defendant*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: October 10, 2023

| | |
|---|---|
| */s/ Mohammad O. Jazil* | */s/ Henry C. Whitaker* |
| Lead Counsel for Defendant-Appellant Secretary of State Byrd | Lead Counsel for Defendant-Appellant Attorney General Moody |

**MEMORANDUM**

Defendants-Appellants Secretary Byrd and Attorney General Moody, under Federal Rule of Appellate Procedure 2 and Rule 27, as well as Eleventh Circuit Local Rule 2-1 and Rule 27-1, move this Court to expedite (1) the resolution of the previously filed motion to consolidate, (2) oral argument, and (3) the resolution of this appeal.

An expedited resolution of the motion to consolidate (which has paused the appellate briefing schedule), *see* Sept. 13, 2023 Docket Entry, and an expedited resolution of this appeal would benefit the parties and the public interest.

By way of background, this case and the parallel *Hispanic Federation v. Byrd*, 23-12313 (11th Cir.), are challenges to Florida's most recent election-reform package, SB 7050. In both cases, the same district court judge, in the same order, preliminarily enjoined several provisions of SB 7050. Appeals were timely filed in both cases. Secretary Byrd and Attorney General Moody moved to consolidate the two appeals on August 21, 2023—and on the same day—filed their initial briefs in both cases. Appendices were filed the following week.

Below, the cases are currently working their way before the district court, and the consolidated bench trial begins April 1, 2024. 2024 is a presidential election year, and Florida officials are preparing themselves for the upcoming election.

An expedited resolution of this appeal would benefit the parties. The consolidated bench trial is quickly approaching, and this Court can provide appellate guidance to the parties (and the district court) on several legal challenges to SB 7050. An

expedited resolution would also benefit the public. Reducing the legal uncertainty of election laws during a presidential election year would promote efficient election administration and would improve public confidence in the election. *See, e.g.*, *Purcell v. Gonzalez*, 549 U.S. 1, 4-5 (2006).

Plaintiffs don't oppose expediting the motion to consolidate, but they oppose expediting the other matters.

For these reasons, Secretary Byrd and Attorney General Moody ask this Court to grant their motion.

Dated: October 10, 2023

Ashley Moody
  *Attorney General*

/s/ *Henry C. Whitaker*
Henry C. Whitaker (FBN 1031175)
  *Solicitor General*
Daniel W. Bell (FBN 1008587)
  *Chief Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Henry.whitaker@myfloridalegal.com
Daniel.bell@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Moody*

Respectfully Submitted,

Bradley R. McVay (FBN 79034)
  *Deputy Secretary of State*
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
  *General Counsel*
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 84764)
  *Chief Deputy General Counsel*
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
Phone: (850) 245-6536

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Facsimile: (850) 741-1023
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
jpratt@holtzmanvogel.com

*Counsel for Defendant-Appellant Secretary of State Cord Byrd*

3

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: October 10, 2023  /s/ *Mohammad O. Jazil*
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: October 10, 2023  /s/ *Mohammad O. Jazil*
Mohammad O. Jazil