# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

October 20, 2023
CORRECTED BRIEFING NOTICE

Delmarie Alicea
LatinoJustice Prldef
Southeast Regional Office
4700 MILLENIA BLVD STE 500
ORLANDO, FL 32839

Dayton Campbell-Harris
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Roberto Cruz
LatinoJustice Prldef
Southeast Regional Office
4700 MILLENIA BLVD STE 500
ORLANDO, FL 32839

Julie Ebenstein
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Melinda K. Johnson
Elias Law Group, LLP
250 MASSACHUSETTS AVE NW STE 400
WASHINGTON, DC 20001

Jeremy Karpatkin
Arnold & Porter Kaye Scholer, LLP
601 MASSACHUSETTS AVE NW

WASHINGTON, DC 20001-3743

Megan Christine Keenan
ACLU
915 15TH ST NW FL 7
WASHINGTON, DC 20005

Abha Khanna
Elias Law Group, LLP
1700 7TH AVE STE 2100
SEATTLE, WA 98101

Estee Meira Konor
Demos
80 BROAD ST FL 4
NEW YORK, NY 10004

Sophia Lin Lakin
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Lalitha D. Madduri
Elias Law Group, LLP
250 MASSACHUSETTS AVE NW STE 400
WASHINGTON, DC 20001

Caroline Andrews McNamara
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Renata O'Donnell
Elias Law Group, LLP
250 MASSACHUSETTS AVE NW STE 400
WASHINGTON, DC 20001

Cesar Z. Ruiz
LatinoJustice PRLDEF
475 RIVERSIDE DR STE 1901
NEW YORK, NY 10115

Makeba Rutahindurwa
Elias Law Group, LLP
1700 7TH AVE STE 2100
SEATTLE, WA 98101

Daniel Boaz Tilley
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Nicholas Warren
ACLU Foundation of Florida, Inc.
336 E COLLEGE AVE STE 203
TALLAHASSEE, FL 32301

Frederick Stanton Wermuth
King Blackwell Zehnder & Wermuth, PA
25 E PINE ST
NEW SMYRNA, FL 32801

Appeal Number: 23-12308-A  ; 23-12313 -A
Case Style: FL State Conf of Branches & Youth Units, et al v. Florida Secretary of State, et al
District Court Docket No: 4:23-cv-00215-MW-MAF

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The brief of appellant has been filed. Eleventh Circuit Rule 31-1 requires that APPELLEE'S BRIEF BE SERVED AND FILED ON OR BEFORE November 13, 2023. . The supplemental appendix, if needed, is due no later than 7 days after filing of appellee's brief.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide four (4) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:      404-335-6122
Case Administration:    404-335-6135      Capital Cases:            404-335-6200

CM/ECF Help Desk:   404-335-6125    Cases Set for Oral Argument:  404-335-6141

BR-5RCIV Civ Aple brf due frm trigger dt