# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12308

_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                      Plaintiffs-Appellees,

EQUAL GROUND EDUCATION FUND et al.,

                                      Plaintiffs,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

                                      Defendants-Appellants,

2                              Order of the Court                              23-12308

KIM BARTON, et al.,

                                            Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

_____

No. 23-12313

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A DOE, et al.,

                                            Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEYGENERAL,

                                            Defendants-Appellants.

23-12308                  Order of the Court                  3

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

ORDER:

     Defendants-Appellants' motion to expedite is GRANTED IN PART and DENIED IN PART. The Court DIRECTS the Clerk to place this appeal on the next available oral argument calendar. Defendants-Appellants' request to expedite the ruling on their motion to consolidate is DENIED AS MOOT. This Court granted the motion to consolidate on October 12, 2023.

                                            /s/ Robert J. Luck
                                            UNITED STATES CIRCUIT JUDGE