# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12308

_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                              Plaintiffs-Appellees,

EQUAL GROUND EDUCATION FUND et al.,

                                              Plaintiffs,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

                                              Defendants-Appellants,

2                          Order of the Court                          23-12308

KIM BARTON, et al.,

                                                                   Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

_____

No. 23-12313

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A DOE, et al.,

                                                         Plaintiffs-Appellees,

*versus*

23-12308                  Order of the Court                              3

FLORIDA SECRETARY OF STATE,

FLORIDA ATTORNEYGENERAL,

                                              Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Joshua Pratt for Defendant-Appellant Florida Secretary of State is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION