No. 23-12308

# In The United States Court of Appeals For The Eleventh Circuit

◆

Florida Branches & Youth Units of the NAACP, et al.

*Plaintiffs-Appellees*

v.

Florida Secretary of State, et al.

*Defendants-Appellants*

◆

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-215 (Walker, C.J.)

**JOINT STATUS REPORT**

| | |
|---|---|
| Mohammad O. Jazil<br>Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>199 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>(850) 274-1690<br><br>*Lead Counsel for Defendant-Appellant Secretary of State Byrd* | Abha Khanna<br>Elias Law Group LLP<br>1700 Seventh Ave,<br>Suite 2100<br>Seattle, WA 98101<br>(206) 656-0177<br><br>*Lead Counsel for Plaintiffs-Appellees Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santigo Mayer Artasanchez, and Esperanza Sánchez* |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees certify that Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, and Florida Alliance for Retired Americans each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock. The remaining Plaintiffs-Appellees are individual persons.

The parties further certify that the following have an interest in the outcome of this case:

1. Adkins, Janet, *Defendant*

2. Alianza Center, *Plaintiff*

3. Alianza for Progress, *Plaintiff*

4. Arrington, Mary Jane, *Defendant*

5. Artasanchez, Santiago Mayer, *Plaintiff*

6. Babis, Olivia, *Declarant for Plaintiffs*

7. Baird, Maureen, *Defendant*

8. Bardos, Andy, *Counsel for Defendants*

9. Barton, Kim, *Defendant*

10. Beato, Michael, *Counsel for Defendant*

11. Bell, Daniel, *Counsel for Defendant*

12. Bell, Melony, *Defendant*

13. Benda, Kyle, *Counsel for Defendant*

14. Bender, Robert, *Defendant*

15. Blazier, Melissa, *Defendant*

16. Bledsoe, William, *Counsel for Defendant*

17. Bobanic, Tim, *Defendant*

18. Boltrek, William, III, *Counsel for Defendants*

19. Byrd, Cord, *Defendant*

20. Castor Dentel, Karen, *Defendant*

21. Chaires, Darbi, *Defendant*

22. Chambless, Chris, *Defendant*

23. Chason, Sharon, *Defendant*

24. Conyers, Grant, *Defendant*

25. Corley, Brian, *Defendant*

26. Darlington, Andrew, *Declarant for Defendants*

27. Darus, Lisa, *Defendant*

28. Davis, Ashley, *Counsel for Defendant*

29. Davis, Vicky, *Defendant*

30. Disability Rights Florida, *Plaintiff*

31. Doyle, Tommy, *Defendant*

32. Driggers, Heath, *Defendant*

33. Dunaway, Carol, *Defendant*

34. Earley, Mark, *Defendant*

35. Erdelyi, Susan, *Counsel for Defendants*

36. Farnam, Aletris, *Defendant*

37. Farrington, Scott, *Defendant*

38. Feiser, Craig, *Counsel for Defendant*

39. Florez, Johana, *Declarant for Plaintiffs*

40. Florida Alliance for Retired Americans, *Plaintiff*

41. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

42. Garcia, Alina, *Defendant*

43. Glickman, Jessica, *Counsel for Defendant*

44. Guzzo, Sophia, *Counsel for Defendant*

45. Hankins, Christi, *Counsel for Defendant*

46. Hart, Travis, *Defendant*

47. Hays, Alan, *Defendant*

48. Healy, Karen, *Defendant*

49. Herron, Mark, *Counsel for Defendant*

50. Hodies, Sherri, *Defendant*

51. Holland, Jerry, *Defendant*

52. Hutto, Laura, *Defendant*

53. Jarone, Joseph, *Counsel for Defendant*

54. Jazil, Mohammad, *Counsel for Defendant*

55. Johnson, Diana, *Counsel for Defendant*

56. Johnson, Melinda, *Former Counsel for Plaintiffs*

57. Jonas, Sarah, *Counsel for Defendant*

58. Jones, Tammy, *Defendant*

59. Joshi, Raghav, *Declarant for Plaintiffs*

60. Kahn, Jared, *Counsel for Defendant*

61. Keen, William, *Defendant*

62. Khanna, Abha, *Counsel for Plaintiffs*

63. Kinsey, Jennifer, *Defendant*

64. Klitsberg, Nathaniel, *Counsel for Defendant*

65. Latimer, Craig, *Defendant*

66. LaVancher, Denise, *Defendant*

67. LaVia, John, III, *Counsel for Defendants*

68. Lenhart, Kaiti, *Defendant*

69. Lewis, Lisa, *Defendant*

70. Link, Wendy, *Defendant*

71. Lux, Paul, *Defendant*

72. Madduri, Lalitha, *Counsel for Plaintiffs*

73. Marcus, Julie, *Defendant*

74. Mari, Frank, *Counsel for Defendants*

75. Markarian, David, *Counsel for Defendant*

76. May, David, *Defendant*

77. McVay, Bradley R., *Counsel for Defendant*

78. Messer, Ryan, *Defendant*

79. Milligan, Michelle, *Defendant*

80. Milton, Christopher, *Defendant*

81. Moody, Ashley, *Defendant*

82. Morgan, Joseph, *Defendant*

83. Morse, Stephanie, *Counsel for Defendant*

84. Nordlund, Jared, *Declarant for Plaintiffs*

85. Nweze, Adora Obi, *Declarant for Plaintiffs*

86. O'Donnell, Renata, *Former Counsel for Plaintiffs*

87. Oakes, Vicky, *Defendant*

88. Osborne, Deborah, *Defendant*

89. Overturf, Charles, *Defendant*

90. Pennock, Amy, *Defendant*

91. Perez, Devona Reynolds, *Counsel for Defendant*

92. Pettis, Deidra, *Defendant*

93. Pierce, Rhonda, *Defendant*

94. Pratt, Joshua, *Counsel for Defendant*

95. Riley, Heather, *Defendant*

96. Rutahindurwa, Makeba, *Former Counsel for Plaintiffs*

97. Sanchez, Esperanza, *Plaintiff*

98. Scott, Dale, *Counsel for Defendant*

99. Scott, Joe, *Defendant*

100. Seyfang, Amanda, *Defendant*

101. Shannin, Nicholas, *Counsel for Defendant*

102. Shaud, Matthew, *Counsel for Defendant*

103. Sjostrom, Noah, *Counsel for Defendant*

104. Slater, Cynthia, *Declarant for Plaintiffs*

105. Smith, Diane, *Defendant*

106. Southerland, Dana, *Defendant*

107. Stewart, Gregory, *Counsel for Defendant*

108. Stinton Brown, Tomi, *Defendant*

109. Swain, Robert, *Counsel for Defendant*

110. Swan, Leslie, *Defendant*

111. Taylor, Sherry, *Defendant*

112. Todd, Stephen, *Counsel for Defendant*

113. Turner, Ron, *Defendant*

114. UnidosUS, *Plaintiff*

115. Valdes, Michael, *Counsel for Defendant*

116. Valenti, Leah, *Defendant*

117. Van De Bogart, Joseph, *Counsel for Defendant*

118. Vilar, Marcos, *Declarant for Plaintiffs*

119. Villane, Tappie, *Defendant*

120. Voters of Tomorrow Action, Inc., *Plaintiff*

121. Walker, Gertrude, *Defendant*

122. Walker, Mark E., *U.S. District Court Judge*

123. Ward, Nina, *Defendant*

124. Wermuth, Frederick, *Counsel for Plaintiffs*

125. Wertz, Debbie, *Defendant*

126. Whitaker, Henry, *Former Counsel for Defendant*

127. Wilcox, Wesley, *Defendant*

128. Williams, Kenya, *Defendant*

129. Williams, Russell, *Defendant*

*/s/Frederick S. Wermuth*
Frederick S. Wermuth

# JOINT STATUS REPORT

## I. BACKGROUND

In spring 2023, the Florida Legislature passed, and the Governor signed, SB 7050. As relevant here, SB 7050 pertains to Florida's regulations on third-party voter registration organizations. Soon after the Governor signed SB 7050 into law, three sets of plaintiffs brought interrelated constitutional challenges to several of its provisions in the Northern District of Florida. *See Fla. State Conf. of Branches & Youth Units of the NAACP et al. v. Byrd et al.*, Case No. 4:23-cv-215 (N.D. Fla. 2023); *Hisp. Fed'n et al. v. Byrd et al.*, Case No. 4:23-cv-218 (N.D. Fla. 2023); *League of Women Voters of Fla. et al. v. Byrd et al.*, Case No. 4:23-cv-216 (N.D. Fla. 2023).[1]

All three sets of plaintiffs moved for a preliminary injunction. In case numbers 4:23-cv-215 and 4:23-cv-218, the district court entered a preliminary injunction barring Defendants-Appellants from enforcing Fla. Stat. § 97.0575(1)(f) (2023) and Fla. Stat. § 97.0575(7) (2023). *Fla.*

---

[1] *Amici Curiae* League of Women Voters of Florida Education Fund and League of Women Voters of Florida, Inc., Plaintiffs in Case No. 4:23-cv-216, join this status report.

1

*State Conf. of Branches & Youth Units of the NAACP v. Byrd*, 680 F. Supp. 3d 1291, 1299 (N.D. Fla. 2023). The district court found that § 97.9575(1)(f)—prohibiting non-citizens from collecting or handling voter registration applications—likely violated the Equal Protection Clause of the Fourteenth Amendment. *Id.* at 1314. The district court also found that § 97.0575(7)—prohibiting third-party voter registration organizations from retaining a voter's "personal information"—was likely void for vagueness under the Fourteenth Amendment's Due Process Clause. *Id.* at 1320.

In a separate order in case number 4:23-cv-216, the district court denied the pending motion for preliminary injunction. *League of Women Voters of Fla., Inc. v. Byrd*, No. 4:23-cv-216-MW/MAF, 2023 WL 11759735, at \*7 (N.D. Fla. July 11, 2023). As the district court explained, because it had already enjoined the Defendants-Appellants from enforcing §§ 97.0575(1)(f) and 97.0575(7), the request for an injunction as to those provisions was moot. *Id.* at \*1. But the plaintiffs in that case also challenged Fla. Stat. § 97.0575(1)(e) (2023)—prohibiting those convicted of certain felony offenses from collecting or handling voter registration applications—and Fla. Stat. § 97.0575(4) (2023)—requiring third-party

2

voter registration organizations to provide receipts to applicants for whom the organization had collected a voter registration form. *Id.* at *1. The district court found that the plaintiffs had not shown that they were likely to establish standing to challenge either provision, and thus the district court declined to enter an injunction. *Id.* at *7.

Defendants-Appellants then appealed the district court's order granting a preliminary injunction in case numbers 4:23-cv-215 and 4:23-cv-218 (appeal numbers 23-12308 and 23-12313). In turn, this Court consolidated the appeals. Dkt. 38 in App. No. 23-12308.

While the appeals from the preliminary injunction order were pending, the district court consolidated the three cases before it and held a trial. After the trial, the district court entered an order in case number 4:23-cv-218, permanently enjoining Defendants-Appellants from enforcing § 97.0575(1)(f) for the same reasons set out in the preliminary injunction.[2] *Hisp. Fed'n v. Byrd*, 734 F. Supp. 3d 1263, 1270 (N.D. Fla. 2024). Because the district court's permanent injunction mooted appeal number 23-12313, Plaintiffs-Appellees in that appeal moved to dismiss the appeal

---

[2] That order is now before this Court in appeal number 24-11892.

3

as moot. Dkt. 74 in App. No. 23-12313 at 1. This Court granted that motion. Dkt. 64 in App. No. 23-12308.

On March 29, 2025, this Court ordered the parties to file a status report regarding the proceedings below, noting that it had stayed appeal number 24-11892 pending final decisions in case numbers 4:23-cv-215 and 4:23-cv-216. Dkt. 71 in App. No. 23-12308. In compliance with that order, the parties state:

## II.  STATUS OF LOWER COURT PROCEEDINGS

In April 2024, the district court held a seven-day consolidated trial in case numbers 4:23-cv-215, 4:23-cv-216, and 4:23-cv-218. As noted above, the district court then entered a permanent injunction in case number 4:23-cv-218, barring enforcement of Fla. Stat. § 97.0575(1)(f) (regarding non-citizens handling of voter registration applications). *Hisp. Fed'n*, 734 F. Supp. 3d at 1270.

The district court has not yet ruled in the remaining two cases. On March 26, 2025, the district court clerk entered a docket entry in the remaining cases noting that they were stayed pending review.

At this point, the parties believe this instant appeal is moot as to § 97.0575(1)(f). The preliminary injunction Plaintiffs-Appellees obtained

4

as to § 97.0575(1)(f) has been superseded by a separate permanent injunction that is now before this Court in appeal number 24-11892. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (explaining that a case is moot when "the court can no longer provide meaningful relief") (quotations omitted).[3]

This appeal, however, is not moot as to § 97.0575(7) (regarding retention of voters' "personal information"). The parties thus believe that the most prudent action is for this Court to address that portion of this appeal—providing guidance to the district court in addressing the final merits in case numbers 4:23-cv-215 and 4:23-cv-216. Once the district court enters final orders in those cases, the Court can address all issues presented by all three cases in one, final plenary appeal.

---

[3] The parties believe appeal number 24-11892 should remain stayed until final judgment in cases 4:23-cv-215 and 4:23-cv-216 so that all appeals may run together.

Dated: May 13, 2025                    Respectfully submitted,

/s/ *Mohammad O. Jazil*  
Mohammad O. Jazil  
Florida Bar No. 72556  
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**  
199 South Monroe Street, Suite 500  
Tallahassee, FL 32301  
Telephone: (850) 274-1690  
mjazil@holtzmanvogel.com  

*Lead Counsel for Defendant-Appellant Secretary of State Byrd*


James Uthmeier  
Attorney General of Florida  

/s/ *Robert S. Schenck*  
Robert S. Schenck  
Assistant Solicitor General  
PL-01, The Capitol  
Tallahassee, FL 32399-1050  
(850) 414-3300  
robert.schenck@myfloridalegal.com  

*Counsel for Attorney General Uthmeier*

/s/ *Frederick S. Wermuth*  
Frederick S. Wermuth  
Florida Bar No. 0184111  
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**  
25 E. Pine Street  
Orlando, FL 32801  
Telephone: (407) 422-2472  
Facsimile: (407) 648-0161  
fwermuth@kbzwlaw.com  

Abha Khanna  
**ELIAS LAW GROUP, LLP**  
1700 Seventh Ave., Suite 2100  
Seattle, Washington 98101  
Telephone: (206) 656-0177  
akhanna@elias.law  

Lalitha Madduri  
**ELIAS LAW GROUP, LLP**  
250 Massachusetts Ave NW, Suite 400  
Washington, D.C. 20001  
Telephone: (202) 968-4490  
lmadduri@elias.law  

*Counsel for Plaintiffs-Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

6

## CERTIFICATE OF SERVICE

  This motion has been filed by CM/ECF and served via CM/ECF on all counsel of record.

Dated: May 13, 2025

            */s/ Frederick S. Wermuth*
            Frederick S. Wermuth